AO91 (Rev. 12/03)   Criminal Complaint                                                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                    **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:19-po-09236

Dinora Guadalupe GUILLEN
IAE
El Salvador 1981

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 05, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Dinora Guadalupe GUILLEN was encountered by Border Patrol Agents near Hidalgo, Texas on October 05, 2019. When questioned as to her citizenship, defendant stated that she was a citizen and national of El Salvador, who had entered the United States illegally on October 05, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Bergollo, Ernie  Border Patrol Agent
Signature of Complainant

Bergollo, Ernie   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 07, 2019                                                                      at   McAllen, Texas
Date                                                                                              City/State

Juan F Alanis              Magistrate Judge
Name of Judge         Title of Judge                                                    Signature of Judge